IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BILLY LEE CROON,

    Petitioner,

v.

EAU CLAIRE COUNTY JAIL,

    Respondent.

ORDER

Case No. 23-cv-424-wmc

---

    Petitioner Billy Lee Croon seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner requests leave to proceed without prepayment of the filing fee. Petitioner has supported this request with an affidavit of indigency and a six-month trust account statement from the institution.

    In determining whether to allow a prisoner to proceed without prepayment, this court uses the formula set forth in 28 U.S.C. § 1915(b)(1). Using information for the relevant time period from petitioner's trust fund account statement, I find that petitioner is able to pay the filing fee. Accordingly, I will deny petitioner's application for leave to proceed without prepayment of the filing fee. To proceed further on this habeas petition, petitioner must pay the $5 filing fee. If petitioner fails to pay the fee by July 14, 2023, the petition, I will assume that petition wishes to withdraw this petition.

ORDER

    IT IS ORDERED that:

    1.    Petitioner Billy Lee Croon's motion for leave to proceed without prepayment of the filing fee is DENIED. Petitioner has until July 14, 2023 in which to pay the $5 filing fee.

2. If by July 14, 2023 petitioner fails to submit the $5 filing fee, I will assume that petitioner wishes to withdraw this petition.

Entered this 22nd day of June, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge